1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5

6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                                           No. C 09-01361 CW

SUSAN P. VANDERBURGH,

8                                           ORDER DIRECTING
          Plaintiff,                        PLAINTIFF TO FILE AN
9                                           OPPOSITION TO
     v.                                     DEFENDANT'S MOTION
10                                          TO DISMISS

GOLDEN EMPIRE MORTGAGE, INC., dba GEM
11  CAPITAL FUNDING, a California
    Corporation; EMC MORTGAGE
12  CORPORATION, a California
    Corporation; and DOES 1-500,
13  inclusive,

14        Defendants.
    _____/
15

16

17        Defendant EMC Mortgage Corporation has moved to dismiss the

18  complaint.  Pro se Plaintiff Susan Vanderburgh has not filed an

19  opposition, which she was required to do by May 14, 2009.

20        Plaintiff must file an opposition to Defendant's motion by

21  June 4, 2009, or the complaint will be dismissed for failure to

22  prosecute.  The hearing scheduled for June 4, 2009 is vacated and

23  will be rescheduled if the Court deems a hearing necessary.

24  Otherwise, the motion will be taken under submission on the papers.

25        IT IS SO ORDERED.

26

27  Dated: 5/21/09        _____
                          CLAUDIA WILKEN
28                        United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SUSAN P. VANDERBURGH,

        Plaintiff,

  v.

GOLDEN EMPIRE MORTGAGE et al,

        Defendant.
_____/

Case Number: CV09-01361 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Susan P. Vanderburgh
3525 Del Mar Heights Road, #138
San Diego,  CA 92130

Dated: May 21, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California

2