IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN P. VANDERBURGH,<br><br>    Plaintiff,<br><br>  v.<br><br>GOLDEN EMPIRE MORTGAGE, INC., dba GEM CAPITAL FUNDING, a California Corporation; EMC MORTGAGE CORPORATION, a California Corporation; and DOES 1-500, inclusive,<br><br>    Defendants.<br>_____/ | No. C 09-01361 CW<br><br>ORDER DISMISSING CLAIMS AGAINST DEFENDANT GOLDEN EMPIRE MORTGAGE, INC. WITHOUT PREJUDICE |

    Defendant Golden Empire Mortgage, Inc. has moved to dismiss the complaint.  Pro se plaintiff Susan P. Vanderburgh has not filed an opposition, which she was required to do by July 9, 2009 (Doc. No. 16).  Plaintiff filed an opposition only as to Defendant EMC Mortgage Corporation's motion to dismiss (Doc. No. 18).  Plaintiff's claims against Defendant Golden Empire Mortgage are

/ /

/ /

/ /

dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: 7/10/09

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SUSAN P. VANDERBURGH,

    Plaintiff,

v.

GOLDEN EMPIRE MORTGAGE et al,

    Defendant.

Case Number: CV09-01361 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Susan P. Vanderburgh
3525 Del Mar Heights Road, #138
San Diego, CA 92130

Dated: July 10, 2009

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

3