IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN P. VANDERBURGH,

    Plaintiff,

  v.

GOLDEN EMPIRE MORTGAGE, et al.,

    Defendants

No. C 09-01361 CW

ORDER FOR BRIEFING ON PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

    Plaintiff Susan P. Vanderburgh seeks leave to file a motion for reconsideration of the Court's November 25, 2009 Order dismissing her complaint for failure to prosecute and seeks to vacate the Judgment entered on the same date.  The Court construes this as a motion for relief from judgment under Federal Rule of Civil Procedure 60.  Plaintiff states that her mail service is faulty and she did not receive the Court's September 30, 2009 Order dismissing her claims against Defendant EMC with leave to amend or the November 25, 2009 Order and Judgment.  She states that, had she received the September 30, 2009 Order, she would have filed an amended complaint in accordance with that order.

    The Court orders Defendant EMC to respond to Plaintiff's motion within two weeks from the date of this order.  Plaintiff shall have one week thereafter to file a reply.  The matter shall

1  be decided on the papers.
2
3
4       IT IS SO ORDERED.
5
6  Dated: December 11, 2009
                                          _____
7                                         CLAUDIA WILKEN
                                          United States District Judge
8

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SUSAN P. VANDERBURGH,

        Plaintiff,

v.

GOLDEN EMPIRE MORTGAGE et al,

        Defendant.

Case Number: CV09-01361 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 11, 2009, I SERVED a true and correct copy(ies) of the attached Order for Briefing on Plaintiff's Motion for Relief from Judgment, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Susan P. Vanderburgh
3525 Del Mar Heights Road, #138
San Diego, CA 92130

Dated: December 11, 2009

                                     Richard W. Wieking, Clerk
                                     By: Ronnie Hersler, Deputy Clerk