IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN P. VANDERBURGH,

    Plaintiff,

    v.

GOLDEN EMPIRE MORTGAGE, et al.,

    Defendants.
                                      /

No. C 09-01361 CW

ORDER REGARDING REQUEST TO E-FILE

    Plaintiff has requested that she be allowed to participate in Electronic Court Filing (ECF).  Plaintiff shall file within two weeks of this Order a declaration stating that she has reviewed General Order 45 and the requirements for e-filing (available on the Court's website at www.cand.uscourts.gov) and that she is able to comply with all the requirements for e-filing.  Failure to file the declaration will result in denial of the request.

    IT IS SO ORDERED.

Dated: December 11, 2009

                                              CLAUDIA WILKEN
                                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SUSAN P. VANDERBURGH,

        Plaintiff,

  v.

GOLDEN EMPIRE MORTGAGE et al,

        Defendant.

Case Number: CV09-01361 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 11, 2009, I SERVED a true and correct copy(ies) of the attached Order Regarding Request to E-File, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Susan P. Vanderburgh
3525 Del Mar Heights Road, #138
San Diego, CA 92130

Dated: December 11, 2009

                              Richard W. Wieking, Clerk
                              By: Ronnie Hersler, Deputy Clerk