IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN P. VANDERBURGH,<br><br>    Plaintiff,<br><br>  v.<br><br>GOLDEN EMPIRE MORTGAGE,<br><br>    Defendant._____/ | No. 09-01361 CW<br><br>ORDER DISMISSING COMPLAINT WITH PREJUDICE |

    On February 9, 2010, the Court issued on Order Granting Plaintiff's Motion for Relief from Judgment which vacated the judgment that had been entered against her and re-opened her case. The Court also ordered Plaintiff to file an amended complaint within three weeks from the date of the Order and explained that, if she did not do so within that time period, her complaint would be dismissed with prejudice.  More than three weeks have passed and Plaintiff has not filed an amended complaint.  Therefore, this action is dismissed with prejudice.  Defendant EMC Mortgage Corporation's Motion to Dismiss Complaint for Failure to Amend is denied as moot.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 3/19/2010

                                        CLAUDIA WILKEN<br>                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SUSAN P. VANDERBURGH,

    Plaintiff,

v.

GOLDEN EMPIRE MORTGAGE et al,

    Defendant.

Case Number: CV09-01361 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Susan P. Vanderburgh
3525 Del Mar Heights Road, #138
San Diego, CA 92130

Dated: March 19, 2010

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2